IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| WILLIAM GRAY | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:11CV286 |
| CAROLYN LEWIS, *et al.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Two Report and Recommendations of the Magistrate Judge, which contain her findings, conclusions, and recommendations for the disposition of this case have been presented for consideration. The Report and Recommendation filed on October 14, 2011 recommends that the Voluntary Stipulation of Dismissal With Prejudice (document #10), construed as a Motion to Dismiss With Prejudice, be granted and that the above-styled lawsuit be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2). The Report and Recommendation filed on October 25, 2011 recommends that the Joint Motion to Dismiss With Prejudice (document #12, refiled as document #14) be granted and that the claims between FDIC and Prosperity Bank also be dismissed with prejudice. No written objections have been filed to either Report and Recommendation. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Voluntary Stipulation of Dismissal With Prejudice (document #10), construed as a Motion to Dismiss With Prejudice, and the Joint Motion to Dismiss With Prejudice

(document #12, refiled as document #14) are **GRANTED**. The above-styled lawsuit and all counterclaims are **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 5th day of December, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**